IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GULF SOUTH PIPELINE COMPANY, LP | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:16-cv-00220 |
| | § | |
| THE BARBARA H. MORRIS TRUST; et al. | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF PARTIAL DISMISSAL
## PURSUANT TO RULE 71.1(i)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Gulf South Pipeline Company, LP ("Gulf South") files this Notice of Partial Dismissal Pursuant to Rule 71.1(i)(1)(A) of the Federal Rules of Civil Procedure, as follows:

1. On August 11, 2016, Gulf South filed the above-captioned condemnation proceeding. Gulf South has reached agreement with the owner of the property described as follows:

> TX-BR-340.000: 48.09 ACRES, MORE OR LESS, in the James B. Bailey League, Abstract Number 38, Brazoria County, Texas; KEITH ALAN LOVE and TEXAS CITIZENS BANK, NA;

2. No compensation hearing with regard to this piece of property has begun. Gulf South has not acquired title or a lesser interest, or taken possession, as part of this proceeding.

1

3. Therefore, Gulf South files this Notice of Partial Dismissal only as to the property and parties identified in paragraph 1 above. This Notice of Partial Dismissal does not dismiss the remaining claims asserted by Gulf South in this proceeding.

Respectfully Submitted,

**GULF SOUTH PIPELINE COMPANY, LP**
By Counsel

 /s/ J. Robin Lindley
J. Robin Lindley (State Bar No. 12366100)
Andrew C. Wright (State Bar No. 24063077)
**BUCK KEENAN LLP**
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 (fax)
lindley@buckkeenan.com
wright@buckkeenan.com

*Counsel for Gulf South Pipeline Company, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Partial Dismissal was forwarded to the following in this cause on November 4, 2016.

J. Marcus Hill
Mina Amiry
Hill & Hill P.C.
1770 St. James, Suite 115
Houston, Texas 77056
713-688-2817 fax
marc@hillpclaw.com
Attorneys for Defendant,
Madeley Interests, Ltd. I

/s/ J. Robin Lindley
J. Robin Lindley