United States District Court
Southern District of Texas
**ENTERED**
November 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GULF SOUTH PIPELINE COMPANY, LP, | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:16-CV-220 |
| THE BARBARA H. MORRIS TRUST, *et al*, | § § § | |
| Defendants. | § | |

## PARTIAL DISMISSAL ORDER

Plaintiff filed a Notice of Partial Dismissal Pursuant to Rule 71.1(i)(1)(A) of the

Federal Rules of Civil Procedure.  Dkt. 23.  The Notice advised the Court that Plaintiff

has reached agreement with the owner of the property described as follows:

> TX-BR-340.000: 48.09 ACRES, MORE OR LESS, in the James B. Bailey League, Abstract Number 38, Brazoria County, Texas.

The Court therefore **ORDERS** that Defendants **Keith Alan Love** And **Texas**

**Citizens Bank**, NA are hereby **DISMISSED without prejudice**.  This Partial Dismissal

Order does not dismiss the remaining claims asserted by Plaintiff in this proceeding.

SIGNED at Galveston, Texas, this 4th day of November, 2016.

_George C. Hanks Jr_
George C. Hanks Jr.
United States District Judge